# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:17-CR-134-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHERMAN DEVANTE ADDISION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Guide to Judiciary Policy, Volume 7A, Section 230.26 encourages Courts to consider case budgeting in CJA representations that appear likely to become extraordinary in terms of potential cost.

The Court has determined that this case has such potential.

THEREFORE, all CJA appointed counsel are hereby DIRECTED to contact the Fourth Circuit Case Budgeting Attorney, Larry M. Dash, to begin the process of preparing an ex parte litigation budget for Court approval. Mr. Dash may be contacted by email at Larry_Dash@ca4.uscourts.gov, or by phone at 804-916-2177.

**SO ORDERED**.

Signed: June 1, 2017

David S. Cayer
United States Magistrate Judge