UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:17cr134**

V.

ORDER

**SHERMAN ADDISON, ET AL**

This **MATTER** is before the Court upon Defendants' Motions to Continue and leave to file Pretrial Motions, etc. All motions will be discussed at the September 5, 2017 Docket Call. All attorneys are expected to be present at Docket Call. It is very difficult to set any timelines at this time since many attorneys have not received the discovery

The Court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161h)(8)(1).

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: August 3, 2017

_____
Frank D. Whitney
Chief United States District Judge