IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

v.                                                           Criminal No. 3:17cr134-FDW-DSC

SHERMAN DEVANTE ADDISON, et al.,

Defendants.

## ORDER

The Court, acknowledging the fact that counsel have been appointed in this case who do not reside or have a place of business within the Western District of North Carolina, and/or that the Defendants in this case are currently being housed in various confinement facilities within and outside the Western District of North Carolina, hereby GRANTS a general travel authorization to counsel from their place of business to locations within the United States where court proceedings are being held; to confinement facilities where the Defendant is being held; and to meet with Government counsel.

The Court finds that granting a general travel authorization to counsel is "necessary for adequate representation" of the Defendant, as provided in 18 U.S.C. § 3006A, and the Court hereby approves such travel authorization. This general travel authorization will alleviate the necessity for court appointed counsel to file individual travel motions; however counsel should be mindful of national and District policies and procedures for reimbursement of travel related expenses. Counsel's travel will be periodically reviewed as interim vouchers are submitted and during the regular budget process, and adjusted as necessary.

SO ORDERED.

Signed: August 22, 2017

David S. Cayer
United States Magistrate Judge