UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00134-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | and |
| SHERMAN DEVANTE ADDISON, et. al, | ) | NOTICE OF STATUS CONFERENCE |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court on numerous pending motions related to the setting of trial in this matter, the filing of pretrial motions, and other administrative matters. During docket call on September 5, 2017, the Court generally addressed all pending Motions to Continue, as well as trial setting for the case as a whole to the extent not all Defendants had filed a motion to continue. For the reasons stated in open court, including the ongoing production of discovery, the Court GRANTS the motions to continue. As explained in open court, the ends of justice shall be served by a continuance of trial for all Defendants in this matter, except Cynthia Gilmore, to the January 2, 2018, trial term. See 18 U.S.C. § 3161(h)(8)(1).

In light of this trial continuance and for the reasons stated in open court during docket call, the Court also GRANTS the motions for extension of time to file pretrial motions. The Court hereby extends the deadlines for filing pretrial motions such that Defendants shall file all pretrial motions no later than December 12, 2017, and the Government shall respond no later than December 19, 2017. These pretrial deadlines do not extend to Defendant Cynthia Gilmore, nor do they apply to any of the death penalty-qualifying Defendants.

Finally, as explained in open court, all "Motions to Adopt Motions of Co-Defendants" are summarily DENIED, unless the requested relief is otherwise granted above. Counsel is instructed

1

that each Defendant should file his or her own motion requesting relief and explaining the factual and legal basis for such requested relief as it applies to *that individual Defendant*. **Any further "Motions to Adopt" shall be summarily denied by this Court.**

IT IS THEREFORE ORDERED that the Motions to Continue Trial (Docs. Nos. 698, 701, 702, 705, 711, 712, 714, 715, 718, 729, 753, and 754) are GRANTED. The ends of justice shall be served by a continuance of trial for all Defendants (except Cynthia Gilmore) in this matter to the January 2, 2018, trial term.

IT IS FURTHER ORDERED that all Motions to Extend the Deadline for filing Pretrial Motions (Docs. Nos. 707, 710, 712, 713, 717, 719, 723, 724, 730, 746, and 747) are GRANTED. The Court hereby ex.tends the deadlines for filing pretrial motions such that Defendants shall file all pretrial motions no later than December 12, 2017, and the Government shall respond no later than December 19, 2017. These pretrial deadlines do not extend to Defendant Cynthia Gilmore, nor do they apply to any of the death penalty-qualifying Defendants for whom deadlines for pretrial motions shall be set at a later date.

IT IS FURTHER ORDERED that all pending Motions to Adopt Motions of Co-Defendants (Docs. Nos. 750, 751, 753, 755, and 757) are DENIED unless otherwise granted by the continuance of trial and other deadlines as set forth above. The Court hereby prohibits the filing of any further "Motions to Adopt" in this matter.

IT IS FURTHER ORDERED that Defendant Haynes' Motion (Doc. No. 743) for counsel to be excused from the September 5, 2017, docket call is hereby DENIED AS MOOT.

**TAKE NOTICE** that a Status Conference in this matter shall take place at 9:30 a.m. on October 25, 2017, in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street,

Charlotte, North Carolina, 28202.  **ALL counsel should be in attendance** unless otherwise excused by the Court upon the filing of an appropriate motion.

IT IS SO ORDERED. Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge