**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL NO. 3:17-CR-134-FDW-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **SHERMAN DEVANTE ADDISON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the Government's "Motion for Defendant Groupings for Trial" (document # 773) filed September 19, 2017 and Defendants' Motions for extension of time to respond (documents #776, 777 and 778). Defendants' responses to this Motion are currently due on September 26, 2017. The Court hereby grants Defendants' Motions for extension of time (documents #776, 777 and 778) and extends the deadline for all Defendants' responses to the Government's Motion until October 24, 2017.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 26, 2017

David S. Cayer
United States Magistrate Judge