IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:17-CR-134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **PETITION FOR WRIT OF HABEAS** |
| v. | ) | **CORPUS AD PROSEQUENDUM** |
| | ) | |
| SHERMAN DEVANTE ADDISON | ) | |
| OFFENDER NUMBER 1300288 | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Sherman Devante Addison, B/M, Offender Number 1300288, who is presently detained in the Pender Correctional Institution, to make an initial appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Pender Correctional Institution under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 16th day of June 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Edward Ryan*
Edward R. Ryan
Assistant United States Attorney
New Jersey State Bar No. 029931986
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Main Office: (704) 344-6222
Email: Ed.Ryan@usdoj.gov